IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAMELA PULLINS, et al., | ] |
| Plaintiff, | ] |
| v. | ] 2:13-cv-86-KOB |
| BANK OF AMERICA, N.A., | ] |
| Defendant. | ] |

## FINAL ORDER

The court, having received the Joint Stipulation of Dismissal With Prejudice (doc. 23),

DISMISSES this action WITH PREJUDICE, with each party to bear his, her, or its own costs.

DONE and ORDERED this 1st day of October, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE